**Melvin D. REUBER, Plaintiff–Appellee,**

v.

**FOOD CHEMICAL NEWS, INC.,
Defendant–Appellant,**

The Newsletter Association; Maryland–Delaware–District of Columbia Press Association; National Association of Broadcasters; The Radio–Television News Directors Association; The Reporters Committee for Freedom of the Press; Washington Merry–Go–Round, Inc.; The Washington Post, Amici Curiae,

**and**

Litton Industries, Inc.; Litton Bionetics, Inc.; Vincent T. Devita, Jr., National Cancer Institute, National Institute of Health; Richard Adamson, National Cancer Institute, National Institute of Health; William V. Hartwell, National Cancer Institute, National Institute of Health; William Payne, Frederick Cancer Research Center; Michael G. Hanna, Jr., Frederick Cancer Research Center; James C. Nance, Litton Bionetics, Inc.; I.J. Fidler, Frederick Cancer Research Center; United States of America; U.S. Department of Health & Human Services; Environmental Protection Agency, Defendants.

No. 88–2641.

United States Court of Appeals,
Fourth Circuit.

June 4, 1990.

**ORDER**

Upon a request for a poll of the court on the petition for rehearing en banc of Food Chemical News, a majority of the judges in regular active service having voted to rehear the case en banc,

It is accordingly ADJUDGED and ORDERED that the decision of the panel shall be, and the same hereby is, vacated.

It is FURTHER ORDERED that the clerk set the same for en banc hearing at the first convenient opportunity.